# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

ANTWONE LORENZO WILSON, )
)
    Plaintiff, )
)
v. ) Case No.: 2:19-cv-00539-LSC-GMB
)
OFFICER TUNSTALL, et al., )
)
    Defendants. )

## MEMORANDUM OPINION

The magistrate judge filed a report on May 29, 2019, recommending this action be dismissed without prejudice for lack of prosecution. (Doc. 6). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, this action is due to be dismissed without prejudice for lack of prosecution.

A Final Judgment will be entered.

**Done** and **Ordered** on June 28, 2019.

/s/ L. Scott Coogler
L. Scott Coogler
United States District Judge

160704

2